# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3089

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Matthew Aaron Sawyer, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: April 14, 2009
Filed: July 9, 2009

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Matthew Sawyer appeals from the twenty-four month sentence imposed by the district court[1] following Sawyer's violation of the conditions of his supervised release. Sawyer argues that resentencing is required because the district court did not adequately consider the relevant factors set forth in 18 U.S.C. § 3553(a). Having reviewed the record and the parties' briefs, we conclude that the sentence imposed is reasonable and that the district court adequately explained its reasons for imposing it. See, e.g., United States v. Perkins, 526 F.3d 1107 (8th Cir. 2008); United States v.

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

Bear Robe, 521 F.3d 909 (8th Cir. 2008); United States v. Merrival, 521 F.3d 889 (8th Cir. 2008).

The judgment is affirmed. See 8th Cir. R. 47B.

_____